1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SOSA CARDOSO, | Case No. ED CV 14-1392 BRO (MRW) |
|         Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. SOTO, Warden, | |
|         Respondent. | |

        Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report.  The Court accepts the findings and recommendation of the Magistrate Judge.

1        IT IS ORDERED that Judgment be entered denying the petition and

2   dismissing this action with prejudice.

3

4

5   DATE: December 30, 2014

6                       HON. BEVERLY REID O'CONNELL
                            UNITED STATES DISTRICT JUDGE