# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SOSA CARDOSO,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>J. SOTO, Warden,<br><br>　　　　Respondent. | Case No. ED CV 14-1392 BRO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 30, 2014

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE